USDC SCAN INDEX SHEET











BALASUBRAMANI

MERRILL LYNCH

MR
3:95-CV-00628
*26*
*APPJGM.*

JUDGMENT
========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

--------------

NO. 95-56547
CT/AG#: CV-95-00628-JNK

G BALASUBRAMANI

      Plaintiff - Appellant

  v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc.

      Defendant - Appellee



--------------------

APPEAL FROM the United States District Court for the
Southern District of California (San Diego) .

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
Southern District of California (San Diego)
and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said
District Court in this cause be, and hereby is  AFFIRMED.

Filed and entered        May 3, 1996



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 28 1996

by: _____
Deputy Clerk

ENTERED ON 7/2/96        26

5/24/96

**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY - 3 1996

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | | |
|---|---|---|
| G. BALASUBRAMANI, | ) | No. 95-56547 |
| | ) | |
| Plaintiff-Appellant, | ) | D.C. No. CV-95-00628-JNK |
| | ) | |
| v. | ) | |
| | ) | |
| MERRILL LYNCH, PIERCE, FENNER & | ) | MEMORANDUM* |
| SMITH, INC., | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

Appeal from the United States District Court
for the Southern District of California
Judith N. Keep, Chief Judge, Presiding

Submitted April 30, 1996**

Before: BROWNING, REINHARDT and FERNANDEZ, Circuit Judges.

G. Balasubramani appeals pro se the district court's Fed. R.
Civ. P. 12(b)(1) dismissal for lack of subject matter jurisdiction
of his petition to vacate a National Association of Securities
Dealer's arbitration award, pursuant to the Federal Arbitration
Act, 9 U.S.C. § 1 et seq. In the underlying action, Balasubramani
alleged that Merrill Lynch brokers engaged in unauthorized trading
and use of margin, resulting in his losses in the stock market
crash of 1987. For the reasons stated in the district court's

---

\* This disposition is not appropriate for publication and may
not be cited to or by the courts of this circuit except as
provided by 9th Cir. R. 36-3.

\*\* The panel unanimously finds this case suitable for decision
without oral argument. Fed. R. App. P. 34(a); 9th Cir. R. 34-4.

order granting the motion to dismiss, we affirm.   See <u>Garrett v.</u>
<u>Merrill Lynch Pierce, Fenner & Smith, Inc.</u>, 7 F.3d 882, 883 (9th
Cir. 1993) (federal courts may hear claims under the Federal
Arbitration Act only when there is an independent basis for
federal jurisdiction).[1]

    **AFFIRMED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 28 1996

by:
Deputy Clerk

---

[1]   Balasubramani's motion to file a late reply brief is granted.

INTERNAL USE ONLY: Proceedings include all events.
95-56547 Balasubramani v. Merrill Lynch, et al

G BALASUBRAMANI                    G Balasubramani
      Plaintiff - Appellant       (909) 699-6644
                                  [COR LD NTC prs]
                                  40413 Yardley Court
                                  Temecula, CA 92591


      v.

MERRILL LYNCH, PIERCE, FENNER      Robert Logan, Esq.
& SMITH, INC.                      (310) 436-2000
      Defendant - Appellee        [COR LD NTC ret]
                                  KESSAL YOUNG AND LOGAN
                                  400 Oceangate
                                  Long Beach, CA 90802-4240

JUDGMENT

================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 95-56547
CT/AG#: CV-95-00628-JNK

G BALASUBRAMANI

      Plaintiff - Appellant

  v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc.

      Defendant - Appellee



FILED

JUL - 1 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

---------------------

APPEAL FROM the United States District Court for the
Southern District of California (San Diego) .

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
Southern District of California (San Diego)
and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said
District Court in this cause be, and hereby is  AFFIRMED.

Filed and entered        May 3, 1996



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 2 8 1996

by: _____
Deputy Clerk